[No. 19877-1-II.    Division Two.    January 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
D. DAILEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-1-00315-2, Gordon Godfrey, J.,
entered September 5, 1995. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Seinfeld and
Hunt, JJ.

[No. 34141-3-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
HENRY FELLOWS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04043-8, LeRoy McCullough, J., entered
January 25, 1994. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Webster and Agid, JJ.

[Nos. 34399-8-I; 38357-4-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY
MARVIN ARNTSEN, *Appellant*.

*In the Matter of the Personal Restraint of* RICKY
MARVIN ARNTSEN, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02920-5, Faith Enyeart Ireland, J.,
entered April 14, 1994, together with a petition for relief
from personal restraint. Judgment *affirmed* and petition
*dismissed* by unpublished opinion per Kennedy, A.C.J.,
concurred in by Grosse and Agid, JJ.

[No. 34901-5-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
PIERRE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-00734-0, Patricia H. Aitken, J., entered
June 14, 1994. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Baker, C.J., and Webster, J.